UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. TURNER, | CASE NO.   1:11-cv-01395-GBC (PC) |
| Plaintiff, | |
| v. | MOTION DENIED |
| CONNIE GIBSON, et al., | (ECF No. 14) |
| Defendants. | |
| _____/ | |

### **ORDER**

Plaintiff Anthony R. Turner ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on August 22, 2011 and consented to Magistrate Judge jurisdiction on August 30, 2011.  (ECF Nos. 1 & 5.)  Plaintiff's Complaint has not yet been screened by this Court.

Pending before the Court is Plaintiff's Motion filed October 12, 2011.  (ECF No. 14.) In it Plaintiff requests that excerpts of the record be transcribed for his appeal of an order denying appointment of counsel.  (Id.)

//

///

1  The Court notes that the record is electronic and that it automatically is served to
2  the appellate court upon appeal.  Therefore, transcription is not necessary and Plaintiff's
3  Motion is DENIED.
4  
   IT IS SO ORDERED.
5
6  Dated:   October 14, 2011                                    _____
                                                                UNITED STATES MAGISTRATE JUDGE
7